UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JAMES MAYLE,<br>　　　　Plaintiff,<br>　　v.<br>ERIC HOLDER, et al.,<br>　　　　Defendants. | Case No. 14-cv-04072-JSC<br><br>**ORDER TO SHOW CAUSE** |

Although this immigration mandamus was filed on September 8, 2014, a review of the docket suggests that Plaintiff has not yet served Defendants. (Re: Dkt. No. 1.) Accordingly, Plaintiff is ordered to show cause as to why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Plaintiff's failure to serve Defendants and otherwise prosecute this action. Plaintiff shall file a written response to this Order by March 16, 2015. Failure to comply with this order may result in the dismissal of this action. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge