UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED JAMES MAYLE,

    Petitioner,

v.

ERIC HOLDER, et al.,

    Respondent.

Case No. 14-cv-04072-JSC

**ORDER DIRECTING PETITIONER TO FILE PROOF OF SERVICE**

This immigration mandamus was filed on September 8, 2014; however, the docket does not reflect that Respondents have been served. Accordingly, on March 2, 2015, the Court issued an Order to Show Cause as to why the petition should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 based on Petitioner's failure to serve and otherwise prosecute this action. (Dkt. No. 8.) Petitioner has filed a response indicating that counsel's secretary personally served Respondents sometime in the last two weeks (Dkt. No. 8); however, Petitioner has yet to file a proof of service. *See* Fed. R. Civ. P. 4(l). Petitioner shall do so by March 26, 2015.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE